E-filing

1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division

4  MAUREEN C. BESSETTE (NYSBN 2468254)
   Assistant United States Attorney
5
   1301 Clay Street, Suite 340S
6  Oakland, CA, 94612
   Telephone: (510) 637-3691
7  Telefax:    (510) 637-3724
   E-Mail: maureen.bessette@usdoj.gov
8
   Attorneys for the United States
9

10
                UNITED STATES DISTRICT COURT
11
                NORTHERN DISTRICT OF CALIFORNIA
12
                        OAKLAND DIVISION
13

14 UNITED STATES OF AMERICA,        )  CRIMINAL NO. 07-70615
                                    )
15         Plaintiff,                )
                                    )  NOTICE OF PROCEEDINGS ON
16     v.                            )  OUT-OF-DISTRICT CRIMINAL
                                    )  CHARGES PURSUANT TO RULES
17 CHARLES LEZINE,                   )  5(c)(2) AND (3) OF THE FEDERAL
                                    )  RULES OF CRIMINAL PROCEDURE
18         Defendant.                )
   _____ )

19    Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

20 Procedure that on October 22, 2007, above-named defendant was arrested based upon an

21 arrest warrant (copy attached) issued upon an

22    ☐ Superseding Indictment
      ☐ Information
23    ☐ Criminal Complaint
      ■ Other (describe)   Violation of the Terms of Supervised Release
24
   pending in the Norther District of Illinois, Case Number 95-190-2.
25
      In that case, the defendant is charged with a violation of Title 18, United States Code,
26
   Section 3583, Violation of the Terms of Supervised Release.
27
   ///
28

**PENALTY:**

5 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment.

Respectfully Submitted,

SCOTT N. SCHOOLS
UNITED STATES ATTORNEY

Date: October 22, 2007

MAUREEN C. BESSETTE
Assistant U.S. Attorney

AO 442 (Rev. 6/97) Warrant for Arrest

# United States District Court
Northern District of Illinois
Eastern Division

United States of America      WARRANT FOR ARREST

v.

Charles Lezine      Case Number: 95 cr 190-2

To: The United States Marshal
And any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Charles Lezine** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

    Indictment    Information    Complaint    (X)Order of court    Violation Notice    Probation Violation Petition

charging him or her with: **Show cause why his supervised release should not be revoked.**

in violation of Title 21, United States Code, Section(s) 841(a)

Ellenore Duff Issuing Officer      Deputy Clerk

*[signature]*
Signature of Issuing Officer      9/27/07; Chicago, IL

Bail fixed at $ _____      _____, Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| Date Received | Name and Title of Arresting Officer | Signature of Arrest Officer |
| Date of Arrest | | |

Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 95 CR 190 - 2 | DATE | 9/26/2007 |
| CASE TITLE | United States of America vs. Charles Lezine | | |

**DOCKET ENTRY TEXT**

Status hearing held regarding probation officer's special report; defendant did not appear. Order bench warrant issued as to defendant Charles Lezine to show cause why his supervised release should not be revoked.

Docketing to mail notices.

00:05

```
A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By _____
        DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
     DISTRICT OF ILLINOIS
DATE: 9-27-07
```

| | Courtroom Deputy Initials: | CW |
|---|---|---|

95CR190 - 2 United States of America vs. Charles Lezine  Page 1 of 1

** TOTAL PAGE.03 **