PROB 12
Rev 12/97)

C07-70615 WDB

Pacts No. 5652
Date: September 8, 2007

# United States District Court
## For the
## Northern District of Illinois

U.S.A. vs <u>Charles Lezine</u>   Docket No. <u>0752 1:95CR00190-2</u>

### Petition on Probation and Supervised Release

COMES NOW <u>Brent In</u>, PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of <u>Charles Lezine</u> who was reassigned to Honorable William T. Hart but was placed on supervision by the <u>Honorable Ann Williams</u> sitting in the court at <u>219 South Dearborn Street, Chicago, IL 60604</u>, on <u>June 5, 1997</u> who fixed the period of supervision at <u>60 months</u> and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. Special Assessment: $ 50.00
2. Fine: $ 5,000.00
3. Restitution: $
4. Drug Aftercare Treatment

**RESPECTFULLY PRESENTING PETITION TO SET A COURT HEARING FOR CAUSE AS DETAILED ON THE ATTACHED SPECIAL REPORT.**

Respectfully,

*[signature]*

Brent In
Senior U.S. Probation Officer

Place:   55 East Monroe Street
         Suite 1500
         Chicago Illinois 60603-5702

Phone:   312-435-5725

Date:    9/8/2007

cc: Honorable William T. Hart Courtroom Deputy

UNITED STATES DISTRICT COURT
Office of the Chief Probation Officer
Northern District of Illinois
55 East Monroe Street, Suite 1500
Chicago, Illinois 60603-5702

To:   Honorable William T. Hart                                         September 8, 2007

## SPECIAL REPORT

RE:   LEZINE, Charles
      Supervised Releasee
      Docket No. 0752 1:95CR00190-2
      Expiration Date: February 9, 2011

---

### PURPOSE OF REPORT:

To Request a Hearing for the Issuance of a Warrant

### LEGAL HISTORY

On June 5, 1997, the offender was sentenced by the Honorable Ann C. Williams of the Northern District of Illinois after having been convicted of Distribution of Controlled Substance, in violation of Title 21, United States Code, Section 841 (a)(1).

The offender was sentenced to 135 months imprisonment to be followed by 60 months Supervised Release. He was also ordered to pay a $5,000.00 fine and $50.00 special assessment.

On March 15, 1996, this offender's codefendant, Nilesh K. Patel, was reassigned to Your Honor. Therefore, following the local General Rule, this report is being submitted to Your Honor since the Honorable Ann C. Williams is no longer seeing her criminal cases. Copies of the Presentence Report and the Judgment in a Criminal Case are attached for Your Honor's review.

On February 10, 2006, the offender was released to the Northern District of California to commence supervised release. However, the jurisdiction was not accepted by that district.

### VIOLATIONS

On July 17, 2007, the United States Probation Officer Mark Ulap of the Northern District of California forwarded a letter reporting the offender's absconder and requested a warrant for the offender's arrest.

Subsequently the following violations of supervision are being reported:

Special Report - Page 2
September 8, 2007
RE: LEZINE, Charles
   Docket No: 0752 1:95CR00190-2

---

**Violation No. 1: (Standard Condition No. 5: The defendant shall notify the probation officer within 72 hours of any change in residence or employment).**

On July 17, 2007, the United States Probation Officer Mark Ulap conducted a home visit to the last report residence at 46 Edwater Place, Pittsburg, California. However, a daughter of the offender's girlfriend advised Officer Ulap that the offender no longer lived at that address. Officer Ulap reported that the offender has not reported to him of the change in address and has not contacted him since. A copy of the Officer Ulap's letter is attached for Your Honor's review.

**Violation No. 2: (Special Condition: The defendant shall pay a fine of $5,000 in equal monthly installments, on all remaining balances, of at least $50.00 while on supervised release.**

The offender paid $2,610.14 while in custody, leaving a principal balance of $2,339.86. However, since his release on February 10, 2006, the offender has not made any payments toward this fine order. A copy of the Court Financial Service payment record printout is attached for Your Honor's review.

## RECOMMENDATION AND JUSTIFICATION

Based on the above violations, it is respectfully requested that Your Honor issue a bench warrant for the offender's arrest. A revocation recommendation is not submitted at this time. It is this officer's opinion that it will be more prudent to first have the offender appear before the court to explain his noncompliance, so that an appropriate recommendation can be developed.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Brent In
United States Probation Officer
Tel: 312-435-5725

Reviewed by:

Javondlynn Young
Supervising U.S. Probation Officer
Tel: 312-435-7593

Special Report - Page 3
September 8, 2007
RE: LEZINE, Charles
    Docket No: 0752 1:95CR00190-2

---

Enclosures:    Presentence Report
               Judgement in a Criminal Case
               USPO Mark Ulap's Letter
               CFS payment record

cc:    Victoria Peters, Associate Chief, Criminal Division
       Assistant U.S. Attorney
       U. S. Courthouse - 5th Floor
       219 South Dearborn Street
       Chicago, Illinois 60604
       312-353-5319

       Therese Cesar
       Attorney at Law
       321 South Plymouth Court
       Room 1272
       Chicago, Illinois 60604
       312-922-8480

       Robert Voss
       Financial Litigation Specialist
       U. S. Courthouse - 5th Floor
       219 South Dearborn Street
       Chicago, Illinois 60604
       312-886-2955