# MAGISTRATE JUDGE MINUTE ORDER

DOCUMENTS UNDER SEAL: ☐
TOTAL TIME (mins): 6 mins

| Field | Value |
|---|---|
| MAGISTRATE JUDGE | Hon. Wayne D. Brazil |
| DEPUTY CLERK | Frances Stone for Ivy Garcia |
| REPORTER/FTR | FTR 10/23/07 10:26:10 - 10:32:16 |
| DATE | 10/23/07 |
| NEW CASE | ☐ |
| CASE NUMBER | 4-07-70615-WDB |

## APPEARANCES

| Field | Value |
|---|---|
| DEFENDANT | CHARLES LEZINE |
| AGE | |
| CUSTY | Y |
| P/NP | P |
| ATTORNEY FOR DEFENDANT | Joyce Leavitt |
| PD | ☒ |
| RET | ☐ |
| APPT | ☐ |
| U.S. ATTORNEY | Maureen Bessette |
| INTERPRETER | none |
| FIN. AFFT SUBMITTED | ☐ |
| COUNSEL APPT'D | ☐ |
| PROBATION OFFICER | Cristopher Taylor |
| PRETRIAL SERVICES OFFICER | Taifa Gaskins |
| DEF ELIGIBLE FOR APPT'D COUNSEL | ☐ |
| PARTIAL PAYMENT OF CJA FEES | ☐ |

## PROCEEDINGS SCHEDULED TO OCCUR

- ☒ INITIAL APPEAR — Rule 5- 4 min
- ☐ PRELIM HRG
- ☐ MOTION
- ☐ JUGM'T & SENTG
- ☐ STATUS
- ☐ I.D. COUNSEL
- ☐ ARRAIGNMENT
- ☐ BOND HEARING
- ☐ INITIAL APPEAR REV PROB OR S/R
- ☐ OTHER
- ☐ DETENTION HRG
- ☐ ID / REMOV HRG
- ☐ CHANGE PLEA
- ☐ PROB. REVOC.
- ☐ ATTY APPT HEARING

## INITIAL APPEARANCE

- ☒ ADVISED OF RIGHTS — 10/23/07 1 min
- ☒ ADVISED OF CHARGES — 1 min. 10/23/07
- ☐ NAME AS CHARGED IS TRUE NAME
- ☐ TRUE NAME

**FILED OCT 23 2007**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## ARRAIGNMENT

- ☐ ARRAIGNED ON INFORMATION
- ☐ ARRAIGNED ON INDICTMENT
- ☐ READING WAIVED
- ☐ SUBSTANCE OF INDICTMENT FILED

## RELEASE

- ☐ RELEASED ON O/R
- ☐ ISSUED APPEARANCE BOND
- AMT OF SECURITY: $
- SPECIAL NOTES:
- ☐ PASSPORT SURRENDERED — DATE:
- PROPERTY TO BE POSTED: ☐ CASH $
- CORPORATE SECURITY ☐
- REAL PROPERTY: ☐

- ☒ MOTION FOR DETENTION
- ☐ PRETRIAL SERVICES REPORT
- ☒ DETAINED
- ☐ RELEASED
- ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED
- ☒ REMANDED TO CUSTODY

ORDER REMOVED TO THE DISTRICT OF:

## PLEA

- ☐ CONSENT ENTERED
- ☐ NOT GUILTY
- ☐ GUILTY
- GUILTY TO COUNTS: ☐
- ☐ PRESENTENCE REPORT ORDERED
- ☐ CHANGE OF PLEA
- ☐ PLEA AGREEMENT FILED
- OTHER:

## CONTINUANCE

- TO: 10/26/07
- AT: 10:00AM
- BEFORE HON. Wayne D. Brazil
- ☐ ATTY APPT HEARING
- ☐ SUBMIT FINAN. AFFIDAVIT
- ☒ DETENTION HEARING
- ☐ BOND HEARING
- ☐ PRELIMINARY HEARING OR ARRAIGNMENT
- ☐ STATUS RE: CONSENT
- ☐ CHANGE OF PLEA
- ☐ MOTIONS
- ☐ STATUS / TRIAL SET
- ☐ OTHER
- ☐ JUDGMENT & SENTENCING
- ☐ TIME WAIVED
- ☐ TIME EXCLUDABLE UNDER 18 § USC 3161
- ☐ IDENTITY / REMOVAL HEARING
- ☐ PRETRIAL CONFERENCE
- ☐ PROB/SUP REV. HEARING

## ADDITIONAL PROCEEDINGS

Gov and Probation move for temporary detention as to Deft. Joyce Leavitt appointed as counsel for Deft. (Rule 5- Dist. of Illinois case).

CC: WDB Stats; IVY; Pretrial; Probation